IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY EDWARD HICKS                                       PLAINTIFF

vs.                      Civil No. 4:19-cv-04017

ANDREW SAUL,                                                DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 16th day of October 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                 /s/ *Barry A. Bryant*
                                                                  HON. BARRY A. BRYANT
                                                                  U. S. MAGISTRATE JUDGE